**Clinton Joseph SLONE, Plaintiff—Appellant,**

v.

**Dora B. SCHRIRO, sued in her individual & official capacity; et al., Defendants—Appellees.**

**No. 06–15711.**

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2006.*

Decided July 21, 2006.

Clinton Joseph Slone, Winslow, AZ, pro se.

Paul Edward Carter, Esq., AGAZ—Office of the Arizona Attorney General, Lia-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*  Fed. R.App. P. 34(a)(2).

bility Management Section, Tucson, AZ, for Defendants–Appellees.

Before: B. FLETCHER, HAWKINS and THOMAS, Circuit Judges.

## MEMORANDUM **

This appeal from the district court's order denying appellant's motion for preliminary injunction comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We express no view on the merits of the complaint. Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief. *See Gregorio T. v. Wilson,* 59 F.3d 1002, 1004–05 (9th Cir.1995). The record before us shows that the court did not rely on an erroneous legal premise or abuse its discretion in concluding that appellant had failed to demonstrate a likelihood of success on the merits or the threat of imminent irreparable harm and in denying preliminary injunctive relief. *See id.* The court's factual findings and application of legal standards are not clearly erroneous. *See id.* Accordingly, the court's order denying the preliminary injunction is affirmed. All pending motions are denied.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).